# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **LAWRENCE RICHARD** | **CASE NO. 6:19-CV-01188** |
| **VERSUS** | **JUDGE JUNEAU** |
| **ALONZO HARRIS ET AL** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Judge Alonzo Harris's Motion to Dismiss (Rec. Doc. 15) pursuant to F.R.C.P. Rule 12(b)(1) and Charles Jagneaux's Motion to Dismiss (Rec. Doc. 16) insofar as it is based upon F.R.C.P. Rule 12(b)(1) be GRANTED. The Court further finds that federal jurisdiction is lacking based upon the pleadings presented. Accordingly,

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against all defendants be DISMISSED WITHOUT PREJUDICE.

Signed at Lafayette, Louisiana, this 26th day of February, 2020.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE